AO 458 (Rev.10/95) (NH 1/07) Appearance

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

**APPEARANCE**

Case Number: 06-CV-00475-PB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

David S. Young and Joan E. Young
as Guardians of the Person and Estate of Jonathan Matthew Young

I certify that I am admitted to practice in this court.

| April 11, 2007 | [/s/] Roy S. McCandless |
|---|---|
| **Date** | **Signature** |
| | Roy S. McCandless     11850 |
| | **Print Name**     **Bar Number** |
| | Nine Triangle Park Drive, P.O. Box 2650 |
| | **Address** |
| | Concord    NH    03302-2650 |
| | **City**    **State**    **Zip Code** |
| | 603-224-6777    rmccandless@damantelaw.com |
| | **Phone Number**    **Email Address** |

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:
[Names of Filing Users]
Edwinna Vanderzanden, Esquire

Conventionally Served:
[Name and Address of Non-Filing Users]

| April 11, 2007 | [/s/] Roy S. McCandless |
|---|---|
| **Date** | **Signature** |